# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/8/2015 8:46:46 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12 - 15 - 00D12 - CR**

Trial Court Style: The State of Texas vs Anthony Jermaine Mallard

Trial Court & County: 188th, Gregg Co.    Trial Court No.: 43,518-A

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: April 17, 2015

Anticipated Number of Pages of Record: 150 pages

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either    ʙ the required fee or to make arrangements to pay the fee for preparing the record.

☐    my duties listed below preclude working on this record:

☑    Other. (Explain.): I'm still working on this record; I had to squeeze in a CPS accelerated appeal. I apologize for any inconvenience.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by June 15th, and I hereby request an additional _____ 7 _____ days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

June 8, 2015
Date                                    Signature

903. 237. 2688
Office Phone Number                     Printed Name

qrelyn.freeman @ co. gregg. tx. us
E-mail Address (if available)           Official Title

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

**Certificate requirements.** A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):

Name: Clay Graham                                  Name: Zan Colson Brown

Address: 5719 Airport Fwy                          Address:

Fort Worth, TX 76117                               Gregg Co. Courthouse

Phone no.: 817. 334. 0081                          Phone no.:

Attorney for: the defendant                        Attorney for: the State of Texas


Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):

Name:                                              Name:

Address:                                           Address:


Phone no.:                                         Phone no.:

Attorney for:                                      Attorney for:


Additional                    information,              if                    any: